**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 15, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-16-00502-CV

---

**DONALD KILPATRICK, INDIVIDUALLY AND AS ASSIGNEE OF CAUSES OF ACTION OF JEREMY DICKS, Appellant**

**V.**

**ERIC L. ESTES, ADRIANA POTOCZNIAK, ET AL AND DUETSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT5 ASSET-BACKED CERTIFICATES SERIES 2006-OPT5, HOMEWARD RESIDENTIAL, INC F/K/A AMERICAN HOME MORTGAGE SERVICING, INC., Appellees**

---

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2015-31821A**

---

# MEMORANDUM OPINION

This is an appeal from a judgment signed April 4, 2016. The clerk's record was filed August 23, 2016. No reporter's record or brief have been filed.

Appellant's brief was originally due November 30, 2016. On March 14, 2017, this court abated the appeal because appellant filed a suggestion of bankruptcy. On July 19, 2018, this court reinstated the appeal and notified appellant his brief was due on or before August 20, 2018. This court granted extensions of time to file appellant's brief through October 19, 2018. On November 29, 2018, this court denied appellant's further request to extend time and issued an order stating that unless appellant filed a brief on or before December 4, 2018, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

On December 4, 2018, appellant filed a further request for extension of time, noting that he could not file his brief until the district clerk supplemented the record with certain exhibits to a motion for new trial filed in the main cause number.[1] On December 11, 2018, this court notified appellant that the proper procedure for a party seeking additional documents from the clerk's record is to submit a brief with copies of the documents in the appendix to the brief with a notation that the official documents have been requested from the clerk.

On December 5, 2018, appellees filed a motion to dismiss the appeal for want of prosecution. Appellant filed no brief or other response. We grant appellee's motion and dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.

---

[1] This appeal is from a severed, or "A" trial court cause number.